| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SEAJIN OH, and MYEONG RYEOL OH, Husband and Wife, | ) ) ) ) | No. C 03-3563-CRB |
| Petitioners, | ) ) | |
| v. | ) ) | **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |
| DEPARTMENT OF HOMELAND SECURITY, BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES; TOM RIDGE, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, JR., Director, Bureau of Citizenship and Immigration Services; DAVID STILL, Acting District Director of the Bureau of Citizenship and Immigration Services, San Francisco Office, | ) ) ) ) ) ) ) ) ) ) ) ) | Date: March 3, 2006 Time: 8:30 a.m. |
| Respondents. | ) ) | |

The parties to the above-entitled action hereby jointly ask this Court to extend that date of the next case management conference in this case, which is currently scheduled for March 3, 2006, to September 1, 2006.

1. The petitioners are natives and citizens of Korea who applied for naturalization pursuant to Section 316(a) of the Immigration and Nationality Act.

JOINT STATUS REPORT
C 03-3563-CRB                                    1

2. The United States Citizenship and Immigration Services ("USCIS") denied petitioners' applications on the ground that neither petitioner had been lawfully admitted to the United States as a permanent resident. Specifically, the USCIS found that the petitioners had fraudulently obtained permanent residency by paying a former USCIS examiner, Leland Sustaire, a sum of money in exchange for the issuance lawful permanent resident cards (green cards).

3. The petitioners seek review of the USCIS's decisions in district court pursuant to 8 C.F.R. § 336.9(b). The petitioners filed a petition for review of the USCIS's denial of their applications for naturalization on July 31, 2003.

4. The respondents filed an answer on September 29, 2003.

5. Following a Case Management Conference ("CMC") on December 12, 2003, the Court set a date of May 7, 2004, at 10:00 a.m., for a hearing on the parties' motion(s) for summary judgment.

6. The Court referred the matter to an evaluator for Early Neutral Evaluation ("ENE") on January 6, 2004.

7. The parties participated in an ENE on March 4, 2004.

8. During the ENE, the evaluator suggested alternatives/options for a resolution of this matter.

9. In light of the fact that the parties were considering the alternatives/options for resolving this matter proposed by the ENE evaluator, the parties requested that the deadlines for filing their motions for summary judgment, as well as the May 7, 2004 hearing date, be vacated.

10. This Court granted the parties' request to extend the deadlines for filing their motions for summary judgment and set a further Case Management Conference for June 4, 2004, at 8:30 a.m.

11. At the further Case Management Conference on June 4, 2004, this Court directed that representatives of the USCIS appear at the next CMC if the case was not settled and set a further CMC for July 2, 2004.

12. At the further CMC, representatives of the USCIS and the United States Immigration and Customs Enforcement appeared and explained that the petitioners were currently in removal proceedings in Immigration Court and that some, if not all, of the issues raised in the current proceeding could be resolved or narrowed in the removal proceeding.

13. In light of the fact that the petitioners' removal hearing in Immigration Court was

1  scheduled for May 27, 2005, this Court set a further CMC for June 3, 2005.

2     14. On May 27, 2005, the Immigration Judge granted the petitioners' request to continue their
3  removal hearing until November 29, 2005, in light of the fact that the petitioners' daughter will
4  turn 21 years of age on November 2, 2005, and will then be able to file a visa petition on her
5  parents' behalf.

6     15. 16. In light of the fact that some, if not all, of the issues raised in the current proceeding
7  may be resolved or narrowed in the removal proceeding, the parties jointly requested that this
8  Court again set a further CMC for March 3, 2006.

9     16. At the CMC held on June 3, 2005, this Court set a further CMC for March 3, 2006.

10     17. The petitioners' daughter, now 21 years of age, has filed a visa petition on her parents'
11  behalf, and that visa petition has not yet been adjudicated. The proceedings in the Immigration
12  Court are ongoing.

13     18. In light of the fact that some, if not all, of the issues raised in the current proceeding may
14  still be resolved or narrowed in the removal proceeding, the parties jointly request that this Court
15  extend the date of the next CMC to September 1, 2006.

DATED: February 9, 2006            Respectfully submitted,

                                      KEVIN V. RYAN
                                      United States Attorney

                                      /s/
                                      EDWARD A. OLSEN[1]
                                      Assistant United States Attorney
                                      Attorneys for Respondents

DATED: February 9, 2006            /s/
                                      RANDALL B. ALLEN
                                      ALLEN & ASSOCIATES
                                      Attorneys for Petitioners

  February 13, 2006

_____
IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

   [1] I, Edward A. Olsen, attest that Randall B. Allen and I have signed this stipulation and will produce the original signed copies upon request.

JOINT STATUS REPORT
C 03-3563-CRB