KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAJIN OH, and MYEONG RYEOL OH, Husband and Wife,<br><br>    Petitioners,<br><br>   v.<br><br>DEPARTMENT OF HOMELAND SECURITY, BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES; TOM RIDGE, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, JR., Director, Bureau of Citizenship and Immigration Services; DAVID STILL, Acting District Director of the Bureau of Citizenship and Immigration Services, San Francisco Office,<br><br>    Respondents. | No. C 03-3563-CRB<br><br>**SECOND STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>Date:  September 1, 2006<br>Time:  8:30 a.m. |

    The parties to the above-entitled action hereby jointly ask this Court to extend that date of the next case management conference in this case, which is currently scheduled for September 1, 2006, to April 6, 2007.

    1. The petitioners are natives and citizens of Korea who applied for naturalization pursuant to Section 316(a) of the Immigration and Nationality Act.

JOINT STATUS REPORT
C 03-3563-CRB                                 1

2. The United States Citizenship and Immigration Services ("USCIS") denied petitioners' applications on the ground that neither petitioner had been lawfully admitted to the United States as a permanent resident. Specifically, the USCIS found that the petitioners had fraudulently obtained permanent residency by paying a former USCIS examiner, Leland Sustaire, a sum of money in exchange for the issuance lawful permanent resident cards (green cards). The petitioners deny that they fraudulently obtained permanent residence and further deny that they paid USCIS examiner Leland Sustaire any sum of money in exchange for the issuance of a lawful permanent resident card.

3. The petitioners seek review of the USCIS's decisions in district court pursuant to 8 C.F.R. § 336.9(b). The petitioners filed a petition for review of the USCIS's denial of their applications for naturalization on July 31, 2003.

4. The respondents filed an answer on September 29, 2003.

5. Following a Case Management Conference ("CMC") on December 12, 2003, the Court set a date of May 7, 2004, for a hearing on the parties' motion(s) for summary judgment.

6. The Court referred the matter to an evaluator for Early Neutral Evaluation ("ENE") on January 6, 2004.

7. The parties participated in an ENE on March 4, 2004.

8. During the ENE, the evaluator suggested alternatives/options for a resolution of this matter.

9. In light of the fact that the parties were considering the alternatives/options for resolving this matter proposed by the ENE evaluator, the parties requested that the deadlines for filing their motions for summary judgment, as well as the May 7, 2004 hearing date, be vacated.

10. This Court granted the parties' request to extend the deadlines for filing their motions for summary judgment and set a further Case Management Conference for June 4, 2004.

11. At the further Case Management Conference on June 4, 2004, this Court directed that representatives of the USCIS appear at the next CMC if the case was not settled and set a further CMC for July 2, 2004.

12. At the further CMC, representatives of the USCIS and the United States Immigration and Customs Enforcement appeared and explained that the petitioners were currently in removal

proceedings in Immigration Court and that some, if not all, of the issues raised in the current proceeding could be resolved or narrowed in the removal proceeding.

13. In light of the fact that the petitioners' removal hearing in Immigration Court was scheduled for May 27, 2005, this Court set a further CMC for June 3, 2005.

14. On May 27, 2005, the Immigration Judge granted the petitioners' request to continue their removal hearing until November 29, 2005, in light of the fact that the petitioners' daughter was to turn 21 years of age on November 2, 2005, and would then be able to file I-130 visa petitions on her parents' behalf with the USCIS.

15. At the CMC on June 3, 2005, this Court set a further CMC for March 3, 2006, in light of the fact that it appeared that some, if not all, of the issues raised in the current proceeding could be resolved or narrowed in the removal proceeding..

16. At the CMC on March 3, 2006, this Court granted the parties' stipulation to again extend the date of the CMC in light of the facts that: the petitioners' daughter had turned 21 years of age, the daughter had filed I-130 visa petitions on her parents' behalf, that the visa petitions had not yet been adjudicated, and that the proceedings in Immigration Court were ongoing. The Court set the next CMC for September 1, 2006.

17. A hearing is currently scheduled in Immigration Court on September 1, 2006.

18. At the hearing in Immigration Court on September 1, 2006, the Immigration Court will inquire as to the status of the I-130 visa petitions filed by the petitioners' daughter on her parents' behalf. If and when the I-130 visa petitions are granted by USCIS, the Immigration Judge will adjudicate the petitioners' I-485 Applications for Adjustment of Status to Lawful Permanent Resident which, if approved, will allow the petitioners to remain in the United States.

19. The parties recognize that this case has been pending on this Court's docket for an unusually long period of time. However, in light of the possibility that some, if not all, of the issues raised in this case may be resolved in the removal proceeding in Immigration Court, the parties jointly request that this Court again extend the date of the further CMC to April 6, 2007.

| | | |
|---|---|---|
| DATED: August 22, 2006 | | Respectfully submitted, |
| | | KEVIN V. RYAN<br>United States Attorney |
| | | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Respondents |
| DATED: August 22, 2006 | | /s/<br>RANDALL B. ALLEN<br>ALLEN & ASSOCIATES<br>Attorneys for Petitioners |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 25, 2006

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

[1] I, Edward A. Olsen, attest that both Attorney Randall B. Allen and I have signed this stipulation and will produce the original signed copies upon request.

JOINT STATUS REPORT
C 03-3563-CRB                                       4