IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAJIN OH , et al.,  No. C03-03563 CRB

    Plaintiffs, **ORDER**

 v.

DEPARTMENT OF HOMELAND SECURITY, et al.,
    Defendants.

    Upon representations of the parties that the possibility that some, if not all, of the issues raised in this case may be resolved in the removal proceeding in the Immigration Court and GOOD CAUSE APPEARING THEREFOR:

    There appears to be no further reason at this time to maintain the file as an open one for statistical purposes.  Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

    **IT IS SO ORDERED.**

Dated: September 7, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE