SCOTT N. SCHOOLS, SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAJIN OH, and MYEONG RYEOL OH, Husband and Wife, <br><br> Petitioners, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES; TOM RIDGE, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, JR., Director, Bureau of Citizenship and Immigration Services; DAVID STILL, Acting District Director of the Bureau of Citizenship and Immigration Services, San Francisco Office, <br><br> Respondents. | No. C 03-3563-CRB <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    The petitioners, by and through their attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that the Immigration Judge in the petitioners' removal proceeding has granted the petitioners' I-485 Applications for Adjustment of Status to Lawful Permanent Resident.

STIPULATION TO DISMISS
C 03-3563-CRB                1

1    Each of the parties shall bear their own cost and fees.

4    DATED: February 22, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

11    DATED: February 22, 2007    Respectfully submitted,

/s/
RANDALL B. ALLEN
ALLEN & ASSOCIATES
Attorneys for Petitioners

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 26, 2007    _____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO DISMISS
C 03-3563-CRB    2